# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC.,<br><br>    Defendant. | Civil Action No. 23-cv-489-JNR |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses this action with prejudice.

Dated: August 8, 2023

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

Matthew D. Vella
Robert R. Gilman
Jonathan DeBlois
Brian Seeve
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
phayes@princelobel.com
mvella@princelobel.com
rgilman@princelobel.com
jdeblois@princelobel.com
bseeve@princelobel.com

*Attorneys for Plaintiff*